UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA OCALA DIVISION

DANIEL R. DOTSON, PRO SE,
PLAINTIFF,
V.                              CASE NO.: 5:22-CV-479-WFJ-PRL
RICKY DIXON,
DEFENDANT.          /

MOTION FOR DEFAULT/MOTION FOR FINAL
JUDGMENT AFTER DEFAULT

    I RESPECTFULLY REQUEST THE HONORABLE CLERK OF THIS COURT TO ENTER DEFAULT AGAINST THE DEFENDANT FOR FAILING TO FILE AND SERVE A CROSS-~~MOTION~~ RESPONSE WITHIN (20) TWENTY DAYS OF THE PLAINTIFFS REQUEST FOR SUMMARY JUDGMENT MAILED ON THE 19th DAY OF OCTOBER 2023, AS STIPULATED IN THE COURT NOTES SIGNED BY THE HONORABLE JUDGE WILLIAM F. JUNG ON 9/25/2023. (DOC. 36) [NOTICE OF ELECTRONIC FILING] WAS ENTERED ON 9/25/2023 10:25 AM EDT AND FILED ON THE SAME.

                                  RESPECTFULLY SUBMITTED

                                  Daniel Dotson

I RESPECTFULLY REQUEST THIS HONORABLE COURT TO ENTER DEFAULT JUDGMENT AGAINST THE DEFENDANT FOR FAILING TO FILE AND SERVE A CROSS-RESPONSE TO THE AFOREMENTIONED REQUEST FOR SUMMARY JUDGMENT.

MY CLAIM IS FOR ENJOINING FDOC FROM ENFORCING THE GROOMING POLICY TO PREVENT ME FROM MAINTAINING A FIST-LENGTH BEARD AND TRIMING MY MOUSTACH.

RESPECTFULLY SUBMITTED
Daniel Do―

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION HAS BEEN PLACED IN THE HANDS OF PRISON OFFICIALS FOR MAILING, VIA U.S. MAIL, TO: SENIOR ASSISTANT ATTORNEY GENERAL, BLAIN GOFF, OFFICE OF THE ATTORNEY GENERAL 3507 E. FRONTAGE RD. SUITE 150, TAMPA, FL 33603, ON THIS 12th DAY OF NOVEMBER, 2023.

X Daniel Dotson

DANIEL DOTSON 127542
EVERGLADES C.I.
1599 S.W. 187th AVE.
MIAMI, FLORIDA, 33194